IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| XPO LOGISTICS, INC., | § | |
| Plaintiff | § | |
| | § | |
| V. | § | C.A. No. 1:23cv1087 |
| | § | |
| TRANS BORDER XPRESS INC., | § | |
| Defendant | § | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, XPO Logistics, Inc., moves for a final default judgment against Defendant, Trans Border Xpress Inc., and in support would show as follows:

I.

1. On November 11, 2023, Plaintiff filed its First Amended Complaint against Defendant (Docket Entry No. 5). Defendant was served with the First Amended Complaint and Summons via the Texas Secretary of State (Defendant's statutory designated agent) on January 11, 2024. Plaintiff filed proof of service with the Court on March 4, 2024 (Docket Entry No. 10).

2. Defendant's answer was due by March 24, 2024 (technically earlier, but due to the delays in the Secretary of State's office forwarding the First Amended Complaint and Summons, Plaintiff treated March 24, 2024, as the effective date of service). Defendant has failed to appear and answer and has wholly made default.

3. On or about May 18, 2024, Plaintiff moved for entry of default against Defendant. The Clerk entered default against Defendant on May 23, 2024 (Docket Entry No. 13).

4. Defendant is a corporation which is not an infant, incompetent, or in military service. As Defendant is a corporation, a separate miltary status affidavit is not required. Plaintiff's Certificate of Defendant's Last Known Address is attached as Exhibit 1.

II.

5.   Damages are liquidated as shown by Exhibit 2 attached (Plaintiff's business records Declaration and attachments) in the amount of $221,379.60, which represents the value of the auto parts which were rendered a total loss as a result of the accident and fire made the basis of this lawsuit, broken down as reflected on the second page of the attachments (see attached "Float Elements" breakdown for value of each type of auto part and the number of parts destroyed in the fire, all of which totals $221,379.60 as set forth on the second page of the attachments).

6.   Plaintiff further prays for prejudgment interest at 8.5% per annum from November 11, 2023 (date First Amended Complaint was filed) to the day prior to the date the judgment is signed; postjudgment interest at the maximum legal rate (8.5% per annum) from the date the judgment is signed until the judgment is paid in full; and all costs of court.

III.

7.   Plaintiff therefore prays that the Court enter a final default judgment against Defendant as set forth above; and for such other and further relief, both at law and in equity, to which Plaintiff XPO may show itself justly entitled.

          Respectfully submitted,

          /s/ *Robert G. Moll*
          ROBERT G. MOLL
          Admitted WD Texas
          Texas Bar No.: 00784622
          1903 Blooming Park Lane
          Katy, Texas 77450
          Telephone:   (713) 540-2780
          E-mail:        texlaw1992@aol.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| XPO LOGISTICS, INC., | § | |
| Plaintiff | § | |
| | § | |
| V. | § | C.A. No. 1:23cv1087 |
| | § | |
| TRANS BORDER XPRESS INC., | § | |
| Defendant | § | |

**CERTIFICATE OF LAST KNOWN ADDRESS**

Plaintiff certifies that Defendant's last known address is as follows:

Trans Border Xpress Inc.
95 Eric T. Smith Way, Unit 4
Aurora, Ontario. L4G0Z6, Canada

    Respectfully submitted,

    /s/ *Robert G. Moll*
    ROBERT G. MOLL
    Admitted WD Texas
    Texas Bar No.: 00784622
    1903 Blooming Park Lane
    Katy, Texas 77450
    Telephone:   (713) 540-2780
    E-mail:   texlaw1992@aol.com

    **ATTORNEY FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| XPO LOGISTICS, INC., | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| V. | § | C.A. No. 1:23cv1087 |
| | § | |
| TRANS BORDER XPRESS INC., | § | |
| Defendant | § | |

**DECLARATION**

| | |
|---|---|
| STATE OF OHIO | § |
| | § |
| COUNTY OF FRANKLIN | § |

1.  My name is Amie Wilson. I am over twenty-one (21) years of age and fully competent to make this Declaration. The following is within my personal knowledge and is true and correct.

2.  My job title with RXO Managed Transport LLC f/k/a XPO Logistics ("XPO") is Manager, Claims.

3.  Attached to this declaration and incorporated by reference herein for all purposes are exact duplicates of original business records of XPO. These records are prepared in the ordinary course of XPO's business, and it was the regular course of business for an employee of XPO, with knowledge of the matters recorded or from information transmitted by a person with knowledge of the matters recorded, to make or receive the records or to transmit information to be included in the records, and the records were made at or near the time of the occurrence or event or reasonably soon thereafter. I am a custodian of the attached records, which are kept in the

regularly conducted course of XPO's business and made or received during the regularly conducted course of XPO's business as a regular practice.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 24 day of June, 2024.

*Amie Wilson*

Printed Name: Amie Wilson

# XPOLogistics
*Accident Report*

| | |
|---|---|
| **REPORTED BY:** Antonise Parkman | **DATE OF REPORT:** 2/9/2021 |
| **TITLE / ROLE:** | **XPO LOAD #:** 11430376/11430392 |
| **CARRIER NAME:** Trans Border | **CUSTOMER:** Ford |
| **CARRIER SCAC:** TXBA | |

## INCIDENT INFORMATION

| | |
|---|---|
| **INCIDENT TYPE:** Fire | **DATE OF INCIDENT:** 2/9/2021 |
| **LOCATION OF INCIDENT:** Hi-way | |
| **CITY, ST, ZIP:** Buda TX | |
| **SPECIFIC AREA OF LOCATION** *(if applicable)*: N/A | |

### INCIDENT DESCRIPTION (please describe below)

(input incident description here & attach photos if available)

| | |
|---|---|
| **POLICE REPORT (Y or N):** yes | **PRECINCT:** |
| **ACCIDENT (Y or N):** yes | **POLICE REPORT ID#:** |
| **FATALITIES (Y or N):** no | **VEHICLE DAMAGE (Y or N):** yes |
| **INJURIES (Y or N):** no | **PROPERTY DAMAGE (Y or N):** yes |
| **OTHER VEHICLES INVOLVED (Y or N):** | **CARGO DAMAGE (Y or N):** yes |

### FOLLOW UP ACTION (please describe below)

(input follow up here)

*Section below to be completed by XPO Carrier Compliance*

Log Claim Only, Customer Handled ☐
Send Claim # and Analyst Name to zach.hammers@xpo.com ☐
Present claim to carrier (contact info below): ☐
Email Claim:   claims@xpo.com; zach.hammers@xpo.com; krystine.aiuto@xpo.com;laura.ake@xpo.com

| | |
|---|---|
| **CARRIER NAME:** | |
| **ADDRESS:** | |
| **CITY, ST, ZIP:** | |
| **CONTACT NAME:** | |
| **EMAIL:** | **PHONE#:** |



**CLAIM BRIEF**
**FORD MOTOR COMPANY**
**BODY AND ASSEMBLY OPERATIONS**

| | | | | |
|---|---|---|---|---|
| **TO:** | XPO NLM, INC.<br>300 GALLERIA OFFICECENTRE<br>SOUTHFIELD, MI 48034 | **CODE:** | R2BOA | **DATE:** 6/22/21 |
| | | | | **BODY AND ASSEMBLY OPERATIONS CLAIM #** FM20215022D00 |
| THIS CLAIM, IN THE USD AMOUNT OF $ | 221,379.60 | | IS FOR | **MAKE PAYMENT TO:**<br>**FORD MOTOR COMPANY** |
| Damage X | Loss | | | **FMC Body & Assembly I/B Freight** |
| **CONSIGNOR** G261T | | **CONSIGNEE** | AP06A | **PO Box 674061** |
| APTIV SERVICES US LLC | | Kansas City Assembly Plant | | **Detroit, MI 48267-4061** |
| **CITY/STATE**<br>LOS INDIOS, TX | | **CITY/STATE**<br>Claycomo, MO | | Direct all Correspondence to:<br>**FORD MOTOR COMPANY** |
| BILL OF LADING NUMBER 96466917 | | DATE: 2/8/21 | | |
| PACKING SLIP NUMBER 96466917 | | DATE: 2/8/21 | | |
| DATE OF DELIVERY 2/22/21 | | EXCEPTIONS NOTED: | | |

**DETAILS OF CLAIM:**

| PART NUMBER & NAME | NO. OF PCS. | PIECE COST | EXTENSION |
|---|---|---|---|
| ML3T-18D816-EA | 810 | 9.56 | $ 7,743.60 |
| LK4T-19H406-CD | 1620 | 109.6 | $ 177,552.00 |
| ML3T-19H406-AC | 1200 | 30.07 | $ 36,084.00 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| SUB TOTAL | | | $ 221,379.60 |
| LESS SCRAP AND / OR SALVAGE VALUE (IF ANY) | | | |
| SUB TOTAL | | | $ 221,379.60 |
| HANDLING / LABOR | | | |
| INSPECTION / QUALITY CONTROL ( HRS @ $ / PER ) | | | |
| REPAIR | | | $ |
| FREIGHT CHARGES | | | |
| OTHER | | | $ - |
| **TOTAL AMOUNT OF CLAIM USD** | | | **$ 221,379.60** |

**SUPPORTING DOCUMENTS (ATTACHED)**
☐ ORIGINAL PAID FREIGHT BILL (OR BOND OF INDEMNITY IN LIEU OF)
☐ ORIGINAL INVOICE OR CERTIFIED DUPLICATE
☐ ORIGINAL BILL OF LADING (OR BOND OF INDEMNITY IN LIEU OF)
☐ INSPECTION REPORT
☐ PHOTOGRAPHS
☐ OTHER _____

**BOND OF INDEMNITY**
**TO BE USED ONLY WHEN THE ORIGINAL PAID FREIGHT BILL AND / OR ORIGINAL BILL OF LADING ARE LOST, MISPLACED OR OTHERWISE INACCESSIBLE.**

WITHOUT PRESENTATION OF THE ORIGINAL BILL OF LADING AND/OR ORIGINAL PAID FREIGHT BILL WHICH WE ARE UNABLE TO FURNISH BECAUSE _____

WE HEREBY GUARANTEE TO PROTECT _____ OR ANY CONNECTING CARRIER OR CARRIERS, AS THEIR RESPECTIVE INTERESTS MAY APPEAR, AGAINST ANY AND ALL LOSS, DAMAGE, COSTS, EXPENSES AND ATTORNEY'S FEES WHICH MAY RESULT FROM SUCH PAYMENT TO US WITHOUT PRESENTATION OF THE ORIGINAL BILL OF LADING OR FREIGHT BILL

SIGNED: _____
FOR: _____
WITNESS: _____

**FORD BODY AND ASSEMBLY OPERATIONS REFERENCE**
☐ SDR ( 1686 ) No. _____     ☐ OTHER _____
☐ DMR ( 291X ) No. _____

*DESCRIPTION OF CLAIM:*

Material received damaged at destination

**Please send acknowledgements within 15 days.**

| WE HEREBY CERTIFY THE ABOVE TO BE OUR TRUE MATERIAL AND/OR REPAIR COST. | WE HEREBY CERTIFY THAT THE ABOVE IS A TRUE STATEMENT OF FACT. |
|---|---|
| OFFICE OPERATIONS MANAGER,     Kevin O'Brien | |

**REMITTANCE A619936 - 08/05/21**

| Ship No | Shipper Name | Pro Number | Doc Number | Billed Amt | Adj Amt | Discount | Paid Amt | Note |
|---|---|---|---|---|---|---|---|---|
| 024900 | FORD MOTOR CO-USD REGULAR | DET011614527 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011614606 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011614625 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615348 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615553 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615554 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615556 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615557 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615558 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615559 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011615566 | | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | DET011616541 | | | | | | |
| | * 024900 - Shipper Total: | | | | | | | * |
| 024906 | FORD NON MANUFACTURING-USD | 11613587 | 333366 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11615260 | 1324174 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11615465 | 302603983 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616101 | 40331 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616449 | 86405485 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616507 | 25721 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616515 | 616515 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616563 | 71620216563 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616748 | 86014270 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616759 | 418720 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | 11616988 | 755159 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011529482 | 413219482 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011576801 | 280 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011578767 | 282 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011579888 | 285 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011581632 | 291 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011581637 | 292 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011581656 | 293 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011582457 | 297 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011584151 | 299 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011586155 | 300 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011586160 | 301 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011587291 | 304 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011587740 | 71745 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011588406 | fz13d1668757 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011590681 | 304879 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011591070 | 10052715 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011595409 | 320 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011596048 | 80040912 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011596302 | 343395 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011600833 | CA15777240 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011605511 | 817797 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011606712 | 551565 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011608192 | TK070821995 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011608607 | 85331951 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011611126 | 334 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011614746 | 348 | | | | | |
| 024906 | FORD NON MANUFACTURING-USD | AZK011615880 | 123139814 | | | | | |
| | * 024906 - Shipper Total: | | | | | | | * |
| 024900 | FORD MOTOR CO-USD REGULAR | FM20204830NLOGD01 | 080524750 A | | | | | |
| 024900 | FORD MOTOR CO-USD REGULAR | FM20215022NLOGD01 | 080524750 B | ($221,379.60) | $221,379.60 | $0.00 | $0.00 | |
| 024900 | FORD MOTOR CO-USD REGULAR | FM20215022NLOGD01 | 080524750 W | | | | | TRANSIT FAILURE LC REASON:OTHER |
| | ** Grand Total: | | | | | | | ** |

## Rejected/Damaged Material Report

Number: ____

| Supplier Name and Address (Including ZIP): | ☒ Damaged Material | Product Engineering | |
| G261T | ☐ Accumulated Rejection | Designated | Yes ☐ |
| | ☐ Shipment Rejection | Control Item | No ☐ |

| | Part Number | | | Document Number | Supplier Code | Quantity Rejected | Current Date (yymmdd) | Anal. Code | Part Description: |
|---|---|---|---|---|---|---|---|---|---|
| 1-2 | 4-10 | 11-19 | 20-24 | 27-32 | 33-38 | 41-47 | 48-53 | 78-79 | KIT-RADO RECV & BRKT |
| 44 | ML3T-18D816-EA | | | | G261T | 810 | 210305 | | |

| Buyer Code: | P.O. Number: PROD | Quan. Rec'd.: 810 | Date Shpd.: 02/08/21 | Pack Slip No.: 96466917 | Sample Quan. 171: | Quan. Defective: 810 | Inspected by: |
|---|---|---|---|---|---|---|---|

| B/P Date: | Mat'l Location: | Assy. Plant: Kansas City Assembly | Auth. Quality Control Signature: |
|---|---|---|---|

| Quantity with Defect | Detailed Description of Variance From Specification |
|---|---|
| | Trailer burned.<br><br>ML3T-18D816-EA    810 PCS<br>LK4T-19H406-CD    1620 PCS<br>ML3T-19H406-AC    1200 PCS |

### Responsibility for Damage

☐ Plant   ☐ Carrier   Address:

| Claim No.: | Carrier No.: 5 | Date: |
|---|---|---|

### Material Disposition

| Material Value: | Number of Pieces: | @ $   = $ |
|---|---|---|

Return ☐   Credit ☐   Replacement ☐   Shipping Document Number:   Date

| Sort ☐ | Inspection Initial: | Work Order No.: | Man Hours: 4.0 @ $43.00 = $<br>@ $43.00 = $ |
|---|---|---|---|
| Rework to Specifications ☐ | Production Initial: | Department Number: | Man Hours: @ $65.49 = $ |
| | Actual ☐ Estimated ☐ | Quantity to be Reworked: | Rework Material Estimate = $ |
| Rework to Deviation ☐ | Work Order Number: | Purchase Order Number: | Total Estimated Charges = $ |
| Scrap ☐ | Deviation No. | Scrap Ticket No. | Shipping Document No.:   Date: |

| Production Control Signature: | Buyers Signature: |
|---|---|

Computer format of form 291x          Identify Control Item With ∇          Copy

```
CMMSEENA                  VIEW PART FLOAT ELEMENTS              03/05/21 09:05:17
==> _____  _____    PLT AP06A KC__

   FLOAT ID: 890-1__ APV    PART NO:   ML3T-   19H406-AC__            PART TYPE: __

   ------------- Part Information ----------------        ------- Cost/Volume -------
     Part Desc: CMR FRT FAC                               Material Cost:      30.07000
   Work Center:       Part Type: PP Part Status: C        Daily Avg Volume:      1,118
   ------------- Float Information ---------------            Daily Inv:         33,618
     Float Class: A           Mfg Freq Code:  010             MFG Volume:             0
   Var Float Days: 0.0        Min Flt Days:  0.0          MFA Avg Volume:             0
   Src:  Adj Flt: 0.0_             M T W T F S S          Mfg Freq Allow:             0
   Total Var Days: 0.0        Days: _ _ _ _ _ _ _
                              Run Day Within Cycle: 00    -- Supplier Information ---
                              Nxt Cycle Run Dt:           A Supp   %  Trans Ovrd Ship
     Opres Days:  0.10        Total Var Qty:         0    C Code  Bus Hours Srce Freq
   Src: P Adj Dys: 0.99_      Fixed Qty:         1,500    - ----- --- ----- -   --
   Tot Opres Days: 1.09       Total Qty:         1,500      G261T 100 127.2      12
     Opres _____
   Var Flt _____


   F2=EANA   F4=EJNA   F5=CopyToPart  F6=NxtPartW/ManAdj  F7/F8=Prv/Nxt Prt  F9=EFNA
   F10=DGNA  F11=DHNA  F13=ADHA       F14=TransDys        F15/17=Pv/NxWC  F16=LstUpdt
   REQUESTED RECORD FOUND                                                    AA06V031
```

Matt Gallo

```
CMMSEENA                VIEW PART FLOAT ELEMENTS              03/05/21 09:03:16
==>  _____  _____  PLT AP06A KC__

FLOAT ID: 890-1__ APV    PART NO:   ML3T-   18D816-EA_____    PART TYPE: __

-------------- Part Information ----------------      ------- Cost/Volume -------
   Part Desc: KIT-RADO RECV & BRKT                   Material Cost:     9.56000
Work Center:     Part Type: PP Part Status: C        Daily Avg Volume:      458
-------------- Float Information ---------------            Daily Inv:    4,378
   Float Class: A         Mfg Freq Code:  010              MFG Volume:        0
Var Float Days: 0.0        Min Flt Days:  0.0          MFA Avg Volume:        0
Src:  Adj Flt: 0.0_               M T W T F S S        Mfg Freq Allow:        0
Total Var Days: 0.0        Days: _ _ _ _ _ _ _
                         Run Day Within Cycle: 00      -- Supplier Information ---
                        Nxt Cycle Run Dt:              A Supp   %  Trans Ovrd Ship
    Opres Days: 0.10     Total Var Qty:         0      C Code  Bus Hours Srce Freq
Src: P Adj Dys: 0.99_         Fixed Qty:      540      - ----- --- -----   -   --
Tot Opres Days: 1.09          Total Qty:      540      G261T 100 127.2         12
    Opres  _____
   Var Flt _____


F2=EANA   F4=EJNA   F5=CopyToPart  F6=NxtPartW/ManAdj F7/F8=Prv/Nxt Prt F9=EFNA
F10=DGNA  F11=DHNA  F13=ADHA       F14=TransDys       F15/17=Pv/NxWC F16=LstUpdt
REQUESTED RECORD FOUND                                                 AA06V031
```

Matt Gallo

```
CMMSEENA                VIEW PART FLOAT ELEMENTS              03/05/21 09:04:29
==> _____  _____         PLT AP06A KC__

         FLOAT ID: 890-1__ APV    PART NO:  LK4T-    19H406-CD__         PART TYPE: __

         ------------ Part Information ---------------       ------ Cost/Volume -------
            Part Desc: CMR FRT FAC                           Material Cost:      109.60000
         Work Center:       Part Type: PP Part Status: C     Daily Avg Volume:         574
         ------------ Float Information ---------------                Daily Inv:     62,910
            Float Class: A        Mfg Freq Code:  010           MFG Volume:              0
         Var Float Days:  0.0       Min Flt Days:  0.0        MFA Avg Volume:            0
         Src:   Adj Flt:  0.0_            M T W T F S S       Mfg Freq Allow:            0
         Total Var Days:  0.0        Days: _ _ _ _ _ _ _
                                   Run Day Within Cycle: 00   -- Supplier Information ---
                                   Nxt Cycle Run Dt:          A Supp   %   Trans Ovrd Ship
           Opres Days:  0.10      Total Var Qty:         0    C Code  Bus  Hours Srce Freq
         Src: P Adj Dys:  0.40_     Fixed Qty:           0    - -----  --- ----- -   --
         Tot Opres Days:  0.50     Total Qty:            0      G261T 100  127.2      11
             Opres _____
         Var Flt _____


         F2=EANA   F4=EJNA   F5=CopyToPart F6=NxtPartW/ManAdj F7/F8=Prv/Nxt Prt F9=EFNA
         F10=DGNA F11=DHNA F13=ADHA      F14=TransDys       F15/17=Pv/NxWC F16=LstUpdt
         REQUESTED RECORD FOUND                                            AA06V031
```

Matt Gallo

```
CMMSRDAA              RECEIVING DISCREPANCY REMARKS              03/05/21 08:56:23
==> _____ _____          PLT AP06A KC__
CONVEY NO: PKH6928    PKG SLIP: _____      Equip Own: EMXP   Carrier: NLMI
Status: K    Contact User ID: AA069DT__     Printer: RVP042AD
A                                    Qty  D    Discrep      Qty  Packing   Supp
C  PART NUMBER                    Shipped  T       Qty  Received  Slip     Code
-  ----------------------------   -------  -   --------  --------  --------  -----
      ML3T-  18D816-EA                810  T        810-        0  96466917  G261T
   REMARK TRAILER WAS IN AN ACCIDENT AND BURNED TO THE GROUND

         -   ST45-G261T                54  T         54-        0  96466943  G261T
   REMARK TRAILER WAS IN AN ACCIDENT AND BURNED TO THE GROUND

      LK4T-  19H406-CD              1620  T       1620-        0  96466943  G261T
   REMARK TRAILER WAS IN AN ACCIDENT AND BURNED TO THE GROUND

      ML3T-  19H406-AC              1200  T       1200-        0  96467703  G261T
   REMARK TRAILER WAS IN AN ACCIDENT AND BURNED TO THE GROUND


      REMARK

F1=Help  F2=Print Discrepancy Report   F5=PCAA   F6=TABA  F9=RPAA   F12=Return
NO MORE RECORDS AVAILABLE                                                AA06V03
```

Matt Gallo

```
CMMSTABA         INVENTORY TRANSACTION HISTORY GENERAL          03/05/21 09:06:19
==> _____ _____          PLT AP06A KC__

PART NUMBER:    ML3T-   19H406-AC_____    START DATE: 02/03/2021
SUPPLIER: _____         CUSTOMER: _____       TRANS CODE: 58_

A  Trn  TRANS   Rcpt    Process            Cum From  Reference    Convey   Misc   C
C  Cd   Date    Date    Date     Quantity  01/01/21  Number       Number   Info   I  UM
-  ---  ------  ------  ------   --------  --------- -----------  -------  -----  -- --
   58   020821  022221  022221   1200-               96467703     PKH6928             EA




F1=Help   F2=Reconciliation Update   F4=Other Trans   F6=Next Supplier/Customer
F10=Transaction Detail           F11=Transaction Correction
NO MORE RECORDS AVAILABLE                                              AA06V031
```

Matt Gallo

```
CMMSTABA         INVENTORY TRANSACTION HISTORY GENERAL          03/05/21 09:07:49
==>     _____ _____   PLT AP06A KC__

PART NUMBER:    ML3T-   18D816-EA_____    START DATE: 02/03/2021
SUPPLIER: _____          CUSTOMER: _____       TRANS CODE: 58_

A Trn  TRANS  Rcpt   Process           Cum From  Reference    Convey   Misc   C
C Cd   Date   Date   Date   Quantity   01/01/21  Number       Number   Info   I  UM
- ---  ------ ------ ------ --------   --------- -----------  -------  ------ -- --
      58  020821 022221 022221    810-             96466917    PKH6928               EA




















F1=Help   F2=Reconciliation Update   F4=Other Trans   F6=Next Supplier/Customer
F10=Transaction Detail               F11=Transaction Correction
NO MORE RECORDS AVAILABLE                                           AA06V031
```

Matt Gallo

```
CMMSTABA           INVENTORY TRANSACTION HISTORY GENERAL        03/05/21 09:07:06
==> _____  _____   PLT AP06A KC__

PART NUMBER:    LK4T-   19H406-CD_____    START DATE: 02/03/2021
SUPPLIER: _____          CUSTOMER: _____       TRANS CODE: 58_

A  Trn  TRANS   Rcpt    Process            Cum From   Reference    Convey   Misc    C
C  Cd   Date    Date    Date     Quantity  01/01/21   Number       Number   Info   I  UM
-  ---  ------  ------  ------   --------  ---------  -----------  -------  ------ -- --
   58   020821  022221  022221      1620-             96466943     PKH6928            EA




F1=Help   F2=Reconciliation Update   F4=Other Trans   F6=Next Supplier/Customer
F10=Transaction Detail               F11=Transaction Correction
NO MORE RECORDS AVAILABLE                                              AA06V031
```

Matt Gallo