IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| XPO LOGISTICS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1087-RP |
| TRANS BORDER XPRESS INC, | § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On this day, the Court granted Plaintiff XPO Logistics, Inc.'s ("XPO") motion for a default judgment, (Dkt. 15), as to Defendant Trans Border Xpress Inc. ("Trans Border"). Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of XPO. XPO shall recover the following sums against Defendants:

1. $221,379.60 in actual damages and costs of court;

2. $8,156.73 in pre-judgment interest; and

3. Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961.

All other relief requested is **DENIED**. This case is now **CLOSED.**

**SIGNED** on August 6, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE